PHILLIP A. TALBERT
Acting United States Attorney
KYLE R. RATLIFF
Special Assistant U.S. Attorney
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Citation No.  6552628 |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION AND |
| | ) | PROPOSED ORDER FOR DISMISSAL |
| v. | ) | |
| | ) | |
| TROY T. NGUYEN, | ) | |
| | ) | |
| Defendant | ) | |

The United States of America, by and through Phillip A. Talbert, Acting United States

Attorney, and Kyle R. Ratliff, Special Assistant United States Attorney, hereby moves to dismiss

Citation Number 6552628 against TROY T. NGUYEN without prejudice in the interest of

justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.


Dated:  March 13, 2017                    Respectfully Submitted,
                                          Phillip A. Talbert
                                          Acting United States Attorney


                            By:    *Kyle R. Ratliff*
                                          Kyle R. Ratliff
                                          Special Assistant United States Attorney

U.S.  v.  TROY T. NGUYEN
Citation No. 6552628

# O R D E R

IT IS HEREBY ORDERED that Citation Number 6552628 against TROY T. NGUYEN be dismissed without prejudice, in the interest of justice.

Dated:  _____March 13_, 2017

_____

HON. JENNIFER L. THURSTON
United States Magistrate Judge

U.S.  v.  TROY T. NGUYEN
Citation No. 6552628